UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 24-25099-CIV-MORENO

JAN CARLOS PIMENTEL, *individually and on behalf of all others similarly situated*,

        Plaintiff,

vs.

HH INTERNATIONAL BUSINESS LLC,

        Defendant.
_____/

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice **(D.E. 4)**, filed on **February 28, 2025**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. Defendant has neither answered the complaint nor moved for summary judgment. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Further, all pending motions are **DENIED** as moot with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ of March 2025.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record